UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br><br>Juan Diego PEREZ Hernandez,<br><br>Defendant. | Magistrate Docket No. 25-mj-02435<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about May 7, 2025, within the Southern District of California, defendant Juan Diego PEREZ Hernandez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 8, 2025.

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Juan Diego PEREZ Hernandez

## PROBABLE CAUSE STATEMENT

On May 7, 2025, Border Patrol Agent C. Brzeczek was assigned to the Campo Border Patrol Station's area of responsibility.

At approximately 10:00 AM, San Diego Sector Dispatch relayed via service radio that a seismic intrusion device had activated near an area known to Border Patrol agents as the "241 Monument." Agent Brzeczek responded to the indicated area and positioned himself north of another Agent who was following foot sign. Agent Brzeczek encountered four individuals, one of whom was later identified as Juan Diego PEREZ Hernandez, along with Leandro Cesar TINAJERO-Martinez (charged elsewhere) attempting to conceal themselves in a bush. This encounter occurred approximately half a mile north of the United States/Mexico International border and approximately five miles east of the Tecate, California Port of Entry. Agent Brzeczek identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All four individuals, including PEREZ, stated that they are citizens of Mexico not in possession of documentation required to be legally present in the United States. At approximately 10:33 AM, Agent Brzeczek placed PEREZ under arrest.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on April 1, 2025, through Harlingen, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.